MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
rex.garner@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br> vs. <br><br> SMITHRIDGE GREENS UNIT NO. 2 HOMEOWNERS ASSOCIATION; TBR I, LLC; AIRMOTIVE INVESTMENTS, LLC; and ATC ASSESSMENT COLLECTIONS GROUP, LLC, <br><br> Defendants. | Case No.: 3:16-cv-00620-MMD-WGC <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

PLEASE TAKE NOTE Bank of America, N.A. (**BANA**), Defendant Smithridge Greens Unit No. 2 Homeowners Association (**Smithridge**), Defendant ATC Assessment Collection Group, LLC (**ATC**) and Defendant Airmotive Investments, LLC (**Airmotive**), by and through their respective counsel of record, hereby stipulate and agree to dismiss all claims in this action with prejudice pursuant NRCP 41(a)(1)(ii). Each party shall bear its own costs and fees.

DATED this 13th day of June, 2019.

| **AKERMAN LLP** | **PERRY & WESTBROOK** |
|---|---|
| /s/ *Rex D. Garner* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> REX D. GARNER, ESQ. <br> Nevada Bar No. 9401 <br> 1635 Village Center Cir., Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Plaintiff Bank of America, N.A.* | */s/ Alan W. Westbrook* <br> ALAN W. WESTBROOK, ESQ. <br> Nevada Bar No. 6167 <br> CHERYL H. WILSON, ESQ. <br> Nevada Bar No. 8312 <br> 1701 W. Charleston Blvd., Suite 200 <br> Las Vegas, Nevada 89102 <br><br> *Attorneys for Smithridge Greens, Unit No. 2 Homeowners Association* |
| **ROGER P. CROTEAU & ASSOCIATES, LTD.** | **ATC ASSESSMENT COLLECTIONS GROUP, LLC** |
| */s/ Timothy Rhoda* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> TIMOTHY RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 2810 W. Charleston Blvd., #75 <br> Las Vegas, Nevada 89102 <br><br> *Attorneys for Airmotive Investments, LLC* | */s/ Brandon Wood* <br> BRANDON E. WOOD, ESQ. <br> Nevada Bar No. 12900 <br> 6625 South Valley View Boulevard, Suite 300 <br> Las Vegas, Nevada 89118 <br><br> *Attorneys for ATC Assessment Collections Group, LLC* |

/ / /

/ / /

/ / /

/ / /

/ / /

# ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED AND ADJUDGED that the above-entitled action and all claims be dismissed with prejudice, each party to bear its own costs and fees.

Dated: __June 12__, 2019.

_____
DISTRICT COURT JUDGE
Case No. 3:16-cv-00620-MMD-WGC

*Submitted by:*

**AKERMAN LLP**

*/s/ Rex D. Garner*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Plaintiff Bank of America, N.A.*

3